

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00834-CV

**IN RE** Andrew Thomas **LEACH**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Lori Massey Brissette, Justice
                Velia J. Meza, Justice

Delivered and Filed: January 7, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION FOR TEMPORARY RELIEF DENIED AS MOOT

Relator filed his petition for writ of mandamus on December 26, 2025, seeking to compel the transfer of the underlying case from Val Verde County to Guadalupe County. Relator also filed an emergency motion for temporary relief seeking to stay all proceedings in the underlying matter, including a hearing on the motion to transfer venue that is scheduled for January 5, 2026. Having considered the petition, record, and emergency motion to stay, this court has determined that relator has not established that he is entitled to the relief sought. The petition for writ of mandamus is **DENIED**. The emergency motion for temporary relief is **DENIED AS MOOT**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024-0070-FAM, styled *In the Interest of L.T.L., A.P.L., C.B.L., and J.J.L., Children*, pending in the 63rd Judicial District Court, Val Verde County, Texas, the Honorable Walden Shelton presiding.